UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 17, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 05-0304-PAN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JAMISON STARR, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMISON STARR, Case No. <u>MAG. 05-0304-PAN</u>, Charge, Manufacture of 100 or more marijuana plants, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

___    Bail Posted in the Sum of $_____

✓    Unsecured Appearance Bond ( $150,000.00 )

___    Appearance Bond with 10% Deposit

___    Appearance Bond with Surety - Within 30 days

___    Corporate Surety Bail Bond

✓    (Other)    <u>Special Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 17, 2005</u> at <u>2:30 p.m.</u>.

By  /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge