DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMISON STARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD SAUER, JAMISON STARR, et al,<br><br>Defendants. | No. 05-304 PAN<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER** |

Defendant, JAMISON STARR,  hereby substitutes as his attorney of record, DAVID W. DRATMAN, in place of MICHAEL LONG.

Dated:  October 21, 2005                           /s/ Jamison Starr
                                                                   JAMISON STARR
       I consent to the substitution.

Dated:  October 25, 2005                           /s/ Michael Long
                                                                   MICHAEL LONG
       I accept the substitution.

Dated:  October 25, 2005                           /s/ David W. Dratman
                                                                   DAVID W. DRATMAN

ORDER

       IT IS SO ORDERED.

DATED:  October 26, 2005.                        /s/ Peter A. Nowinski
                                                                   PETER A. NOWINSKI
                                                                   United States Magistrate Judge