```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,     )<br>                              )<br>     v.                       )<br>                              )<br> JOSEPH SAUER,                )<br>                              )<br>            Defendant.        ) | CASE NO. S 05-457 LKK |
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,     )<br>                              )<br>     v.                       )<br>                              )<br> DONALD SAUER,                )<br>                              )<br>            Defendant.        )<br>                              ) | CASE NO. S 05-458 LKK |
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,     )<br>                              )<br>     v.                       )<br>                              )<br> JAMISON STARR,               )<br>                              )<br>            Defendant.        )<br>_____) | CASE NO. S 05-459 LKK<br><br>**ORDER** |

Pursuant to the Diversion Agreements in these cases, the United

//

1

States requests leave of court to dismiss the charges against each case.  Fed. R. Crim. P. 48(a).

```
                                    Respectfully Submitted,
                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED:  January 4, 2007        By:   /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney
```

**SO ORDERED.**

DATE: January 4, 2007        _____
                             LAWRENCE K. KARLTON
                             SENIOR JUDGE
                             UNITED STATES DISTRICT COURT